PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Derrick Hendrix  
**Docket Number:** 03-00077-001  
**PACTS Number:** 35001

**Name of Sentencing Judicial Officer:** HONORABLE Katharine S. Hayden, USDJ

**Date of Original Sentence:** 09/22/2003

**Original Offense:** Importation of More than 100 Grams of Heroin

**Original Sentence:** 60 months imprisonment; 4 years supervised release; $100 special assessment. Special conditions include drug and alcohol testing/treatment.

**Type of Supervision:** Supervised Release  
**Date Supervision Commenced:** 11/23/07

**Assistant U.S. Attorney:** Karl Buch, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donald McCauley, Esq., 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1  The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**

On September 16, 2008, Derrick Hendrix was arrested by the New York City Police Department for Attempted Murder; Assault with Intent: Serious Injury with Weapon; Assault with Intent: Disfigurement/Dismemberment; Assault with Intent to Cause Serious Physical Injury; Assault with Intent to Cause Physical Injury with Weapon; Assault with Intent to Cause Physical Injury; Criminal Possession of a Weapon, 2nd Degree/Loaded Firearm (two counts); Criminal Possession of a Weapon - 4th Degree: Firearm/Weapon; Criminal Possession of a Weapon - 4th Degree: Intent to Use.

PROB 12C - Page 2
Derrick Hendrix

Hendrix remains incarcerated and is being held on $100,000 bond/$50,000 cash.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 11/18/08

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/18/08
Date