PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## AMENDED Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Derrick Hendrix           **Docket Number:** 03-00077-001
                                                                                                   **PACTS Number:** 35001

**Name of Sentencing Judicial Officer:** HONORABLE Katharine S. Hayden, USDJ

**Date of Original Sentence:** 09/22/2003

**Original Offense:** Importation of More than 100 Grams of Heroin

**Original Sentence:** 60 months imprisonment; 4 years supervised release; $100 special assessment. Special conditions include drug and alcohol testing/treatment.

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** 11/23/07

**Assistant U.S. Attorney:** Karl Buch, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donald McCauley, Esq., 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On September 16, 2008, Derrick Hendrix was arrested by the New York City Police Department and charged with Attempted Murder, 2nd Degree; two counts of Assault in the 1st Degree; two counts of Assault in the 2nd Degree; one count of Assault in the 3rd Degree; two counts of Criminal Possession of a Weapon, 2nd Degree; two counts of Criminal Possession of a Weapon, 4th Degree. |

PROB 12C - Page 2
Derrick Hendrix

A review of various documents (including the arrest report, criminal court complaint, indictment and voluntary disclosure form) disclosed that on June 24, 2008, Hendrix shot his friend, Charles Lee, one time in the head. Lee suffered a fractured jaw bone; a deep laceration to his right cheek; a cracked tooth; damage to his right ear drum resulting in loss of hearing; a fractured bone in his neck; a deep laceration to his left ear; fractured bones in his lower right leg; and significant blood loss. Lee was hospitalized for five weeks as a result of the injuries.

In an interview, David G. Lazarus, Assistant District Attorney, stated the case remains under investigation. It is noted that the firearm was not recovered and that the motive remains unknown.

Hendrix was arrested on September 16, 2008. He remains incarcerated at Rikers Island (Otis Bantum Facility), Queens, New York, and is being held on $100,000 bond/$50,000 cash. The case remains pending at the Supreme Court, County of Bronx, indexed at docket number 055899C-2008.

2   The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

Hendrix possessed a firearm in connection with the aforementioned crime.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 2/2/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/10/09
_____
Date